# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Bermudez v. CNY**　　　　　Docket No.: **14-1125**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Michael H. Zhu, Esq.**

Firm: **Pollack Pollack Isaac & DeCicco**

Address: **225 Broadway, Suite 307, NY NY 10007**

Telephone: **212 233-8100**　　　　　Fax: **212 233-9238**

E-mail: **mzhu@mzhulaw.com**

Appearance for: **Plaintff-appellant Fernando Bermudez**
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: **Ryan J. Lawlor, Esq/ Law office of Michael S. Lamonsoff**)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **11/7/13**　　OR

☐ I applied for admission on _____.

Signature of Counsel: _[signature]_

Type or Print Name: **Michael H. Zhu**