## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Bermudez v. CNY**   Docket No.: **14-1125**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Brian J. Isaac, Esq.**

Firm: **Pollack Pollack Isaac & DeCicco**

Address: **225 Broadway, Suite 307, NY NY 10007**

Telephone: **212 233-8100**   Fax: **212 233-9238**

E-mail: **bji@ppid.com**

Appearance for: **Plaintff-appellant Fernando Bermudez**
(party/designation)

Select One:

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[✓] Additional counsel (co-counsel with: **Ryan J. Lawlor, Esq/ Law office of Michael S. Lamonsoff** )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on   **4/29/10**   OR

[ ] I applied for admission on _____ .

Signature of Counsel: *[signature]*

Type or Print Name: **Brian J. Isaac**