ARTHUR POLLACK (1950-1985)
CONRAD EVAN POLLACK
BRIAN J. ISAAC
FRED A. DECICCO

ADAM DORSKY
NELSON A. MADRID
H. SUSAN OH
JILLIAN ROSEN
JESSE THOMPSON

OF COUNSEL
DANIEL S. SHABASSON

ADMITTED IN N.Y. & N.J



**POLLACK, POLLACK, ISAAC & DECICCO, LLP**
──── Attorneys at Law ────

E-MAIL: BJI@PPID.COM
WWW.PPID.COM

MANHATTAN OFFICE:

225 BROADWAY, SUITE 307
NEW YORK, NY 10007
TEL.: 212-233-8100
FAX: 212-233-9238

WESTCHESTER OFFICE:

11 MARTINE AVE., PENTHOUSE
WHITE PLAINS, NY 10606
TEL: 914-328-2400
FAX: 914-328-2401

May 14, 2014

**Via CM/ECF**
Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals For the Second Circuit
40 Foley Square,
New York, NY 10007

     Re:   **Bermudez v. CNY**
            Docket 14-1125

Dear Sir/Madame:

    Pursuant to Local Rule 31.2 please be advised that plaintiff-appellant Fernando Bermudez intends to file his appellant's brief on or before July 29, 2014.

    Thank you.

                                  Sincerely yours,

                                  Michael H. Zhu

cc: Corporation Counsel of the City of New York